**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Melissa A. Sweed<br>　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　　Movant<br>　　vs.| NO. 17-17108 JKF |
| Melissa A. Sweed<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>　　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this 10th day of January, ~~2017~~ 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 2605 Miriam Avenue , Abington, PA 19001 ("Property"), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Melissa A. Sweed
2605 Miriam Avenue
Abington, PA 19001

Rochelle N. Bobman, Esquire
1260 Valley Forge Road
Suite 104, P.O. Box 311
Valley Forge, PA 19481

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532