United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Melissa A. Sweed                                                    Case No. 17-17108-jkf
          Debtor                                                    Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia         Page 1 of 1          Date Rcvd: Jan 10, 2018
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db            +Melissa A. Sweed,    2605 Miriam Avenue,    Abington, PA 19001-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
           KMcDonald@blankrome.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          ROCHELLE N. BOBMAN    on behalf of Debtor Melissa A. Sweed rbobman@bortlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Melissa A. Sweed | CHAPTER 7 |
| Debtor(s) | |
| | |
| PENNSYLVANIA HOUSING FINANCE AGENCY | |
| Movant | NO. 17-17108 JKF |
| vs. | |
| | |
| Melissa A. Sweed | |
| Debtor(s) | 11 U.S.C. Section 362 |
| | |
| Lynn E. Feldman Esq. | |
| Trustee | |

## ORDER

AND NOW, this **10th** day of **January** , ~~2017~~ **2018** at Philadelphia, upon failure of Debtor(s) and the

Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and

the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject

premises located at 2605 Miriam Avenue , Abington, PA 19001 ("Property"), as to Movant, its successors or

assignees.

_____
United States Bankruptcy Judge.

cc: See attached service list

Melissa A. Sweed
2605 Miriam Avenue
Abington, PA 19001

Rochelle N. Bobman, Esquire
1260 Valley Forge Road
Suite 104, P.O. Box 311
Valley Forge, PA 19481

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532