United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melissa A. Sweed  
       Debtor

Case No. 17-17108-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jan 26, 2018  
                 Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.  
db          +Melissa A. Sweed,    2605 Miriam Avenue,    Abington, PA 19001-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:  
       KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency  
        KMcDonald@blankrome.com  
       LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency  
        bkgroup@kmllawgroup.com  
       ROCHELLE N. BOBMAN    on behalf of Debtor Melissa A. Sweed    rbobman@bortlaw.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Melissa A. Sweed  : Case No. 17–17108–jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , January 26, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court